# United States District Court
## for the District of New Jersey

_____ :
                                           :
DANIEL AGBOZO                              :
                                           :     Civil  No.  08-652
              Plaintiff                    :
                                           :
         v.                                :
                                           :
                                           :     Order of Reassignment
MARRIOTT HOTEL, INC., ET AL                :
                                           :
                                           :
              Defendant                    :
_____ :


It is on this 12th day of December 2008,

O R D E R E D that the entitled action is reassigned

from Judge Dennis M. Cavanaugh  to Judge William J. Martini.



   S/Garrett E. Brown, Jr._____
Garrett E. Brown, Jr., Chief Judge
United States District Court